## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER: | CASE NO.: 22-01310 (MCF) |
| MARIA DE LOS A. NIEVES HERNANDEZ | CHAPTER 13 |
| Debtor(s) | |
| FIRSTBANK PUERTO RICO<br>Movant | (X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |

### MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2. Debtor filed a bankruptcy case under chapter 13 back on May 9, 2022. See, Dck 1.

3. MOVANT, standing to address this court is ascertained as it filed an unsecured claim to a personal loan for $3,294.78. See, Clm 1.

4. As of to June 1, 2023, debtor(s) already had the following installments owed to the chapter 13 Trustee: $600.00, for two (2) months in arrears. See, Attachment A.

5. Under the terms of the confirmed plan dated June 6, 2022, debtor(s) should have started to make continues payments since June 9, 2022, and as evidenced herein, the debtor(s) have failed to do so. See, Dck 1 and 13.

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Attachment B.

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on ~~Unreasonable delay by debtor that is prejudicial to Creditors, (5) denial of confirmation of a plan under 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan,~~ 11 USC §1326 (a) (1) *Unless*

2

*the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier*, and (6) on *Material default by the debtor with respect to a term of a confirmed plan,* and ~~Title 11 USC §1324 (b)~~ *~~on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)~~*.

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on June 3, 2023

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) FRANCISCO J RAMOS GONZALEZ, and to debtor(s) by regular mail at the address on record, MARIA DE LOS ANGELES NIEVES HERNANDEZ, at CANELA ST, PASEOS DE CEIBA 38, CEIBA, PUERTO RICO 00735.

BY: /s/ María M. Benabe Rivera
María M. Benabe Rivera
Attorney for Movant - US - DC 208906
Maricarmen Colón Díaz – US – DC 211410
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 / [Rev.10/2019]

2

# FIRSTBANK

## Analysis Sheet to Determine Arrears to Trustee

| | |
|---|---|
| In Re | : María A. Nieves Hernández |
| Case Number | : 22-01310   MCF / AOR |
| Account Number | : 6410 (Préstamo Personal) |
| Date of File | : 01/17/22 |
| Amount of Proof of Claim | : 3,294.78 |
| Plan | : 300 x 60 (18,000) |
| Monthly Payment of | : 300 |
| Pass term | : 16 |
| Total paid into plan | : 4,200.00 |
| Should have paid in | : 4,800.00 |
| Amount in Arrears | : 600.00 ( 2 ARREARS) |
| Printed on | : 06/01/2023 |
| Prepared by | : *Marisol Matos* |

*Attachment A*

**PRINT INQUIRY**                     Close Window                                          Click Here to Print this Page

| 22-01310-MCF | MARIA DE LOS ANGELES NIEVES HERNANDEZ | $450.00 MO | Bar Date(s): | 7/18/2022 (has passed) 11/7/2022 (has passed) |
|---|---|---|---|---|
| | | | Confirmed: | 7/11/2022 |
| | Trustee: ALEJANDRO OLIVERAS RIVERA | Attorney: FRANCISCO J RAMOS GONZALEZ* | Case Status: | ACTIVE-1ST AUDIT |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 6/8/2022 | 30.00 | $450.00 | MONTHLY | MARIA DE LOS ANGELES NIEVES HERNANDEZ | 5/11/2022 | |
| 12/8/2024 | 30.00 | $650.00 | MONTHLY | MARIA DE LOS ANGELES NIEVES HERNANDEZ | 5/11/2022 | |
| 6/8/2027 | end of plan | $0.00 | MONTHLY | MARIA DE LOS ANGELES NIEVES HERNANDEZ | 5/11/2022 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/8/2022 | 7/7/2022 | $450.00 | $450.00 |
| 2 | 7/8/2022 | 8/7/2022 | $450.00 | $900.00 |
| 3 | 8/8/2022 | 9/7/2022 | $450.00 | $1,350.00 |
| 4 | 9/8/2022 | 10/7/2022 | $450.00 | $1,800.00 |
| 5 | 10/8/2022 | 11/7/2022 | $450.00 | $2,250.00 |
| 6 | 11/8/2022 | 12/7/2022 | $450.00 | $2,700.00 |
| 7 | 12/8/2022 | 1/7/2023 | $450.00 | $3,150.00 |
| 8 | 1/8/2023 | 2/7/2023 | $450.00 | $3,600.00 |
| 9 | 2/8/2023 | 3/7/2023 | $450.00 | $4,050.00 |
| 10 | 3/8/2023 | 4/7/2023 | $450.00 | $4,500.00 |
| 11 | 4/8/2023 | 5/7/2023 | $450.00 | $4,950.00 |
| 12 | 5/8/2023 | 6/7/2023 | $450.00 | $5,400.00 |
| 13 | 6/8/2023 | 7/7/2023 | $450.00 | $5,850.00 |
| 14 | 7/8/2023 | 8/7/2023 | $450.00 | $6,300.00 |
| 15 | 8/8/2023 | 9/7/2023 | $450.00 | $6,750.00 |
| 16 | 9/8/2023 | 10/7/2023 | $450.00 | $7,200.00 |
| 17 | 10/8/2023 | 11/7/2023 | $450.00 | $7,650.00 |
| 18 | 11/8/2023 | 12/7/2023 | $450.00 | $8,100.00 |
| 19 | 12/8/2023 | 1/7/2024 | $450.00 | $8,550.00 |
| 20 | 1/8/2024 | 2/7/2024 | $450.00 | $9,000.00 |
| 21 | 2/8/2024 | 3/7/2024 | $450.00 | $9,450.00 |
| 22 | 3/8/2024 | 4/7/2024 | $450.00 | $9,900.00 |
| 23 | 4/8/2024 | 5/7/2024 | $450.00 | $10,350.00 |
| 24 | 5/8/2024 | 6/7/2024 | $450.00 | $10,800.00 |
| 25 | 6/8/2024 | 7/7/2024 | $450.00 | $11,250.00 |
| 26 | 7/8/2024 | 8/7/2024 | $450.00 | $11,700.00 |
| 27 | 8/8/2024 | 9/7/2024 | $450.00 | $12,150.00 |
| 28 | 9/8/2024 | 10/7/2024 | $450.00 | $12,600.00 |
| 29 | 10/8/2024 | 11/7/2024 | $450.00 | $13,050.00 |
| 30 | 11/8/2024 | 12/7/2024 | $450.00 | $13,500.00 |
| Total | | | | $13,500.00 |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 12/8/2024 | 1/7/2025 | $650.00 | $650.00 |
| 2 | 1/8/2025 | 2/7/2025 | $650.00 | $1,300.00 |
| 3 | 2/8/2025 | 3/7/2025 | $650.00 | $1,950.00 |
| 4 | 3/8/2025 | 4/7/2025 | $650.00 | $2,600.00 |
| 5 | 4/8/2025 | 5/7/2025 | $650.00 | $3,250.00 |
| Total | | | | $3,250.00 |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/8/2027 | 7/7/2027 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 6/2022 | $450.00 | $450.00 | | $0.00 |
| 2 | 7/2022 | $450.00 | $450.00 | | $0.00 |
| 3 | 8/2022 | $450.00 | $450.00 | | $0.00 |
| 4 | 9/2022 | $450.00 | | | $450.00 |
| 5 | 10/2022 | $450.00 | $450.00 | | $450.00 |
| 6 | 11/2022 | $450.00 | | | $900.00 |
| 7 | 12/2022 | $450.00 | $900.00 | | $450.00 |
| 8 | 1/2023 | $450.00 | $450.00 | | $450.00 |
| 9 | 2/2023 | $450.00 | $450.00 | | $450.00 |
| 10 | 3/2023 | $450.00 | $450.00 | | $450.00 |
| 11 | 4/2023 | $450.00 | $450.00 | | $450.00 |
| 12 | 5/2023 | $450.00 | | | $900.00 |
| 13 | 6/2023 | | | | $900.00 |

**Total Delinquent Amount: $900.00**

Department of Defense Manpower Data Center

Results as of : Jun-05-2023 03:03:19 PM

SCRA 5.16



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-6383 |
| Birth Date: | Oct-XX-1982 |
| Last Name: | NIEVES HERNANDEZ |
| First Name: | MARIA |
| Middle Name: | DE LOS ANGELES |
| Status As Of: | Jun-05-2023 |
| Certificate ID: | 9Q4Z1W60G2GJBPF |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

*Attachment B*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-01310-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Thu Jun  1 10:44:14 AST 2023 | FIRSTBANK PUERTO RICO, SERVICER FOR GINNIE M<br>c/o SARLAW LLC<br>Banco Popular Center, Suite 1022<br>209 Munoz Rivera Ave.<br>San Juan, PR 00918 United States | (p)DE DIEGO LAW OFFICE PSC<br>ATTN ORIENTAL BANK-AUTOS<br>P O BOX 79552<br>CAROLINA PR 00984-9552 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | BANCO POPULAR DE PR<br>PO BOX 3229<br>SAN JUAN, PR  00936-0000 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 |
| CAPITAL ONE WALMART<br>P.O. BOX 31293<br>SALT LAKE CITY, VT 84131-0293 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | FINGERHUT<br>P O BOX 70281<br>PHILADELPHIA, PA 19176-0281 |
| FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146 SAN JUAN PR 00908-0146 | FIRST BANK DE PR<br>PO BOX 13817<br>SAN JUAN, PR 00908-3800 | FIRSTBANK DE PR<br>PO Box 9146<br>San Juan, PR  00908-0146 |
| FIRSTBANK PUERTO RICO<br>SERVICER FOR GINNIE MAE II<br>PO BOX 11868<br>SAN JUAN PR 00910-3868 | ISLAND FINANCE<br>P O BOX 71504<br>SAN JUAN, PR  00936-8604 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (p)LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| ORIENTAL BANK & TRUST<br>P O BOX 71578<br>SAN JUAN, PR  00936-8678 | PAYPAL CREDT/SYNC B/PPC<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SYNC/PAYPAL MASTER CARD<br>PO BOX 965005<br>ORLANDO, FL  32896-5005 | SYNCB / SAM'S CLUB DC<br>PO BOX 965005<br>ORLANDO, FL  32896-5005 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| FRANCISCO J RAMOS GONZALEZ<br>PO BOX 191993<br>SAN JUAN, PR 00919-1993 | MARIA DE LOS ANGELES NIEVES HERNANDEZ<br>CALLE CANELA<br>PASEOS DE CEIBA   38<br>CEIBA, PR 00735 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ORIENTAL BANK-AUTOS<br>DE DIEGO LAW OFFICES, PSC<br>PO BOX 79552<br>CAROLINA<br>CAROLINA, PR 00984-9552 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | LUMA<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, 00936 |
| (d)LUMA ENERGY<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | (d)Oriental Bank-Autos<br>PO Box 79552<br>Carolina, PR 00984-9552 | End of Label Matrix<br>Mailable recipients 26<br>Bypassed recipients 0<br>Total 26 |